Robert J Vanden Bos OSB #78100
VANDEN BOS & CHAPMAN, LLP
319 S.W. Washington, Suite 520
Portland, Oregon 97204
TELEPHONE: (503) 241-4869
FAX: (503) 241-3731

Of Attorneys for Debtor-in-Possession

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| In re | ) | Case No. 14-30772-tmb11 |
| | ) | |
| Invest n Retire, LLC, | ) | AMENDED MOTION FOR AUTHORITY TO PAY |
| | ) | PREPETITION PAYROLL, PAYROLL TAXES, |
| | ) | AND WORKERS' COMPENSATION |
| | ) | INSURANCE PREMIUMS |
| Debtor-in-Possession. | ) | |

The Debtor-in-Possession, Invest n Retire, LLC ("InR" or "Debtor"), requests entry of an order authorizing the Debtor to pay prepetition payroll, payroll taxes, and workers' compensation insurance premiums associated with its current payroll (for the period February 1, 2014 through February 15, 2014), and in support, represents and states:

1. On February 18, 2014, the Debtor commenced a reorganization case by the filing of a voluntary petition under Chapter 11 of the United States Bankruptcy Code (the "Code").

2. Pursuant to Sections 1107 and 1108 of the Code, the Debtor is continuing in possession of its property and is operating and managing its business as a Debtor-in-possession.

3. Debtor seeks authority to pay any prepetition wages and associated taxes.

Page 1 of 5 - AMENDED MOTION FOR AUTHORITY TO PAY PREPETITION PAYROLL , PAYROLL TAXES, EMPLOYEE HEALTH INSURANCE PREMIUMS AND WORKERS' COMPENSATION INSURANCE PREMIUMS

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

Case 14-30772-tmb11    Doc 11    Filed 02/19/14

Debtor does not provide any employee benefits and therefore does not seek authority to pay such benefits. Debtor also seeks authority to honor prepetition checks for payroll taxes, and workers' compensation insurance premiums which may not have cleared the bank by the Petition date. Debtor's first post-petition pay day is February 20, 2014, and includes 12 days of earned but unpaid wages prior to the Petition Date during the current pay period (payroll is paid twice monthly on the 5th and 20th of each month). Debtor will have only two employees on the payroll post-petition. Debtor's Manager, Darwin K. Abrahamson, will serve without pay.

4. Debtor requests authority to pay these amounts on the next regularly scheduled payroll, which is February 20, 2014. The amount of wages per employee which Debtor seeks authority to pay is shown on **Exhibit A** attached hereto and is limited to the priority amount of 11 USC § 507(a), and is limited to the current pay period from February 1, 2014 through February 15, 2014.

5. Pursuant to Code Sections 507(a)(4), 507(a)(5), and 105, and the judicially recognized "necessity of payment doctrine," Debtor requests authority to pay prepetition wages and payroll taxes.

6. The gross amount due for the pay day of February 20, 2015 for payroll and all associated payroll taxes is $12,192.00. This amount includes management payroll earned during the pay period due to Carolyn Abrahamson (the spouse of Debtor's manager) of $5,625.00.

7. The source of funds to pay the payroll and associated taxes and medical insurance will be from a post-petition capital contribution of $100,000 being made by PENSCO Trust Co Custodian FBO Boyd K. Fish. No cash collateral will be expended in

Page 2 of 5 - AMENDED MOTION FOR AUTHORITY TO PAY PREPETITION PAYROLL , PAYROLL TAXES, EMPLOYEE HEALTH INSURANCE PREMIUMS AND WORKERS' COMPENSATION INSURANCE PREMIUMS

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

Case 14-30772-tmb11    Doc 11    Filed 02/19/14

connection with meeting this payroll. A cash collateral motion is not expected to be filed until Debtor seeks to use payments which will become owed and paid to the Debtor on service contracts for the first quarter of 2014, receipt of which payments is not expected until April 1 - 15, 2014.

**ARGUMENT**

As the Court stated in <u>In re Ionosphere Clubs, Inc.</u>, 98 B.R. 174 (Bankr. S.D.N.Y. 1989), "the paramount policy and goal of Chapter 11, to which all other bankruptcy policies are subordinated, is the rehabilitation of the Debtor. This policy was clearly articulated by the United States Supreme Court in <u>NLRB v. Bildisco and Bildisco</u>, 465 U.S. 513, 104 S.Ct. 1188, 79 L.Ed. 2d 482 (1984) when the Court stated, " 'the fundamental purpose of reorganization is to prevent the debtor from going into liquidation, with an attendant loss of jobs and possible misuse of economic resources.'" <u>In re Ionosphere</u> at 176-177 (citations omitted). The <u>Ionosphere</u> Court went on to note that "Section 105 may indeed empower the Bankruptcy Courts to authorize the immediate payment of prepetition claims when essential to the survival of a debtor." <u>Id.</u> at 177; <u>see also In re Baldwin United Corp.</u>, 765 F.2d 343, 348 (2d Cir. 1985).

Like the Court in <u>Ionosphere</u>, the Bankruptcy Court in <u>In re Chateaugay Corp.</u>, 80 B.R. 279 (S.D.N.Y. 1987), authorized the Debtor to pay certain prepetition wages, salaries, reimbursement expenses and employment benefits, as well as certain workers compensation obligations, which claims totaled in excess of $250 million. A group of similarly situated creditors (who the debtor did not seek authorization to pay) attacked the Court's order on grounds that such selective payments violated Section 107 of the Code. On appeal, the District Court rejected this argument and explained:

Page 3 of 5 - AMENDED MOTION FOR AUTHORITY TO PAY PREPETITION PAYROLL , PAYROLL TAXES, EMPLOYEE HEALTH INSURANCE PREMIUMS AND WORKERS' COMPENSATION INSURANCE PREMIUMS

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

Case 14-30772-tmb11    Doc 11    Filed 02/19/14

> "A rigid application of the priorities of §507 would be inconsistent with the fundamental purpose of reorganization and of the Act's grant of equity powers to bankruptcy courts, which is to create a flexible mechanism that will permit the greatest likelihood of survival of the debtor and payment of creditors in full or at least proportionately."

The District Court thus upheld the Bankruptcy Court's order, which had concluded that if sound business judgment exists to pay certain prepetition claims, and the payments serve to preserve and maximize the value of the debtor's estate, the Court should authorize the payments. Id. at 282.

In In re Gulf Air, Inc., 112 B.R. 152 (Bankr. W.D. La. 1989), the Court applied the "necessity of payment" doctrine and authorized the debtor to pay certain prepetition employee claims. In Gulf Air, the debtor (a charter air carrier) sought authority to pay all prepetition amounts owed to salaried and hourly employees, and flight crew members, including their prepetition expenses. Furthermore, the debtor sought authority to pay prepetition health and life insurance premiums for employees and their dependents, in addition to workers' compensation.

The debtor in that case asserted that the success of the reorganization was dependent upon continued employment of its skilled employees. Without immediate payment to the employees, the employees would cease working, thereby leaving the debtor incapable of operating. The Court determined that the immediate payment of the employee claims was in the best interest of the debtor and its estate, and authorized the debtor to pay the prepetition employee claims.

Debtor represents a similar scenario. Without the continued loyalty of Debtor's employees, Debtor will lose its goodwill in the marketplace and will not be able to successfully reorganize.

Page 4 of 5 - AMENDED MOTION FOR AUTHORITY TO PAY PREPETITION PAYROLL , PAYROLL TAXES, EMPLOYEE HEALTH INSURANCE PREMIUMS AND WORKERS' COMPENSATION INSURANCE PREMIUMS

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

Case 14-30772-tmb11    Doc 11    Filed 02/19/14

WHEREFORE, Debtor respectfully requests that this Court enter an order allowing it to pay the payroll and other payroll related items referred to herein.

DATED:     02/19/14

                       Respectfully submitted;

                       VANDEN BOS & CHAPMAN, LLP

                       By:/s/Robert J Vanden Bos
                           Robert J Vanden Bos, OSB #78100
                           Of Attorneys for Debtor-in-Possession

**Page 5 of 5** - AMENDED MOTION FOR AUTHORITY TO PAY PREPETITION PAYROLL , PAYROLL TAXES, EMPLOYEE HEALTH INSURANCE PREMIUMS AND WORKERS' COMPENSATION INSURANCE PREMIUMS

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

Case 14-30772-tmb11    Doc 11    Filed 02/19/14

**Invest n Retire, LLC**
**Payroll Information - Exhibit A**

**Pay Period from: Feb 1 to Feb 15**

| Paydate Feb 20 2014 Employee | Total Hours | Gross Salary | Employer Taxes | | OR TriMet | OR WC | Total | Gross Payroll | Employee Tax Withholding | | | | | | Net Payroll |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | SS | Medicare | | | | | FITW | Med | SITW | WC | SS | Total | |
| Kalyan Ganesan | 86.67 | $5,625.00 | 348.75 | 81.56 | 39.48 | 1.21 | 471.00 | 6,096.00 | 629.58 | $81.56 | $365.92 | $1.21 | $236.25 | $1,314.52 | $4,310.48 |
| Carolyn Abrahamson | 86.67 | $5,625.00 | 348.75 | 81.56 | 39.48 | 1.21 | 471.00 | 6,096.00 | 629.58 | $81.56 | $365.92 | $1.21 | $236.25 | $1,314.52 | $4,310.48 |
| Totals | 86.67 | $11,250.00 | $697.50 | $163.12 | $78.96 | $2.42 | $942.00 | $12,192.00 | $1,259.16 | $163.12 | $731.84 | $2.42 | $472.50 | $2,629.04 | $8,620.96 |

Gross = total for two week pay period with
payroll paid bi-Monthly

In re Invest n Retire, LLC;
Chapter 11 Bankruptcy Case No. 14-30772-tmb11

CERTIFICATE - TRUE COPY

DATE: February 19, 2014

DOCUMENT: AMENDED MOTION FOR AUTHORITY TO PAY PREPETITION PAYROLL, PAYROLL TAXES, AND WORKERS' COMPENSATION INSURANCE PREMIUMS

I hereby certify that I prepared the foregoing copy of the foregoing named document and have carefully compared the same with the original thereof and it is a correct copy therefrom and of the whole thereof.

CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the foregoing on:

See Attached List

by mailing a copy of the above-named document to each of them in a sealed envelope, addressed to each of them at his or her last known address. Said envelopes were deposited in the Post Office at Portland, Oregon, on the below date, postage prepaid.

I hereby certify that the foregoing was served on all CM/ECF participants through the Court's Case Management/Electronic Case File system.

Dated: February 19, 2014

VANDEN BOS & CHAPMAN, LLP


By:/s/Robert J Vanden Bos
    Robert J Vanden Bos, OSB #78100
    Of Attorneys for Debtor-in-Possession

PAGE 1 of 1 - CERTIFICATE OF SERVICE

Case 14-30772-tmb11    Doc 11    Filed 02/19/14

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0979-3<br>Case 14-30772-tmb11<br>District of Oregon<br>Portland<br>Wed Feb 19 08:31:39 PST 2014 | 506 Wilcox LLC<br>ATTN: Jason Casey<br>621 SW Alder St Suite 800<br>Portland, OR 97205-3623 | ADT Security Services<br>PO Box 371956<br>Pittsburgh, PA 15250-7956 |
| AT&T Mobility<br>PO Box 6463<br>Carol Stream, IL 60197-6463 | Advanta Credit Cards<br>PO Box 9217<br>Old Bethpage, NY 11804-9017 | Alfred R. Berkeley III<br>301 Northfield Pl<br>Baltimore, MD 21210-2817 |
| Alfred R. Berkeley III<br>c/o Albert N. Kennedy<br>Tonkin Torp LLP<br>888 SW 5th Ave, 1600 Pioneer Tower<br>Portland, OR 97204-2012 | Alfred R. Berkeley III<br>c/o John H. Booher, Esq.<br>Hogan Lovells US LLP<br>4085 Campbell Ave, #100<br>Menlo Park, CA 94025-1006 | Assured Technology Solutions<br>4800 Meadows Rd. Suite 200<br>Lake Oswego, OR 97035-4293 |
| Alfred R. Berkeley III<br>301 Northfield Place<br>Baltimore, MD 21210-2817 | Bette Harmon<br>PO Box 895<br>Depoe Bay, OR 97341-0895 | Boyd K. Fish<br>1418 Pine St # 8<br>Silverton, OR 97381-1348 |
| (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | Capital One Bank N.A.<br>PO Box 60599<br>City of Industry, CA 91716-0599 | Capital One Bank N.A.<br>c/o American InfoSource LP<br>PO Box 71083<br>Charlotte, NC 28272-1083 |
| Carney Allen Higgins & Tongue<br>ATT: Shannon Japport<br>851 SW 6th Ave Suite 1500<br>Portland, OR 97204-1352 | Carolyn Abrahamson<br>0720 SW Gaines St. Unit 501<br>Portland, OR 97239-4664 | Charles H. Horn<br>2026 Lake Street<br>San Francisco, CA 94121-1210 |
| Cox Smith Matthews Inc.<br>ATTN: Court Allen<br>112 East Pecan St Suite 1800<br>San Antonio, TX 78205-1521 | Daniel R. Kluza<br>115 E Park Ave. #309<br>Charlotte, NC 28203-3706 | Darwin Abrahamson<br>0720 SW Gaines, Unit 501<br>Portland, OR 97239-4664 |
| Darwin Abrahamson and Carolyn Abrahamson<br>Living Trust 7/07/95<br>c/o Darwin & Carol Abrahamson<br>0720 SW Gaines St. Unit 501<br>Portland, OR 97239-4664 | Eric Schroeder<br>c/o Nicholas Henderson<br>Motschenbacher & Blattner, LLP<br>117 SW Taylor St, #200<br>Portland, OR 97204-3029 | Fortegra Financial Corporation<br>c/o Karen Hendrix, Assoc. Gen. Counsel<br>10151 Deerwood Park Blvd, #330, Bldg 100<br>Jacksonville, FL 32256-0564 |
| NICHOLAS J HENDERSON<br>117 SW Taylor St #200<br>Portland, OR 97204-3029 | Harmon Survivor's Trust UTD Aug 1, 1978<br>c/o Bette G. Harmon<br>PO Box 895<br>Depoe Bay, OR 97341-0895 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| IRS<br>By S. Amanda Marshall, US Atty<br>1000 SW 3rd Ave Ste 600<br>Portland, OR 97204-2936 | IRS<br>Centralized Insolvency<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | InR Advisory Services<br>c/o Michael B. Glackin<br>115 W State St.<br>Media, PA 19063-3238 |

| | | |
|---|---|---|
| Integra<br>1201 NE Lloyd Blvd Suite 500<br>Portland, OR 97232-1259 | Invest n Retire LLC<br>506 SW 6th Ave, Ste 1200<br>Portland, OR 97204-1531 | Jeffrey M. Hugo<br>232 Caspian Lane<br>Norristown, PA 19403-4301 |
| John E. Herzog<br>824 Harbor Road<br>Southport, CT 06890-1410 | Joseph A. Cajigal<br>Hudson Canyon Investment Counselors LLC<br>151 Bodman Place<br>Suite 101<br>Red Bank, NJ 07701-1074 | Joseph Childrey<br>1665 Union St., Suite A<br>San Diego, CA 92101-2925 |
| ALBERT N KENNEDY<br>888 SW 5th Ave #1600<br>Portland, OR 97204-2030 | KX2 Pacific Assets LLC<br>3419 NE 242nd Avenue<br>Camas, WA 98607-7192 | Kalyan Ganesan c/o G. Meenakshi Sundaram<br>F-1, OMM Builders, Old. No. 61<br>28th Cross St, Indra Nagar<br>Adyar, Chennai-600 020 Tamil Nadu<br>INDIA |
| Kalyanaraman Ganesan<br>506 SW 6th Avenue Suite 1200<br>Portland, OR 97204-1531 | Kenneth Fish<br>3419 NE 242nd Avenue<br>Camas, WA 98607-7192 | LOTS Intermediate Co.<br>100 West Bay St<br>Jacksonville, FL 32202-3838 |
| LOTSolutions, Inc.<br>c/o Reg. Agt - National Corporate<br>Research, LTD, Inc.<br>155 Office Plaza Dr.<br>Tallahassee, FL 32301-2844 | Liberty Mutual Insurance<br>Zarosinski-Leavitt Insurance<br>8285 SW Nimbus Ave, #120<br>Beaverton, OR 97008-6465 | McQuown Enterprises LP<br>John Andrew McQuown<br>19330 Carriger Road<br>Sonoma, CA 95476-6229 |
| Michael B. Glackin<br>KDB Resources, Inc.<br>115 W. State St. #300<br>Media, PA 19063-3200 | Michaels & Associates Inc.<br>Attn: Cynthia Holmes<br>5470 Executive Parkway SE<br>Grand Rapid, MI 49512-5510 | Miller Nash<br>Attorneys at Law<br>3400 U.S. Bancorp Tower<br>111 SW 5th Ave<br>Portland, OR 97204-3604 |
| NTC & CO FBO Benjamin Eisler 05006083824<br>c/o Benjamin Eisler<br>P.O. Box 2081<br>Burlingame, CA 94011-2081 | NTC & CO FBO Jeffrey M. Hugo 06000010395<br>c/o Jeffrey M Hugo<br>232 Caspian Lane<br>Norristown, PA 19403-4301 | NTC & CO FBO Kenneth L. Fish 07000000781<br>c/o Kenneth L. Fish<br>3419 NE 242nd Avenue<br>Camas, WA 98607-7192 |
| NTC & CO FBO Robert Flood 060000120256<br>c/o Robert M Flood III<br>1348 Hideaway Circle, Suite B<br>Fort Washington, PA 19034-2817 | National Security Retirement Plan LLC<br>Attn: Carol Abrahamson<br>506 SW 6th Ave Suite 1200<br>Portland, OR 97204-1531 | Navmar Applied Sciences Corporation<br>Attn: Michael Kelley<br>1350 Edgmont Ave # 2100<br>Chest, PA 19013-3996 |
| ODR<br>ATTN: Bankruptcy Unit<br>955 Center St NE<br>Salem, OR 97301-2555 | ODR<br>c/o Ellen Rosenblum, Attorney General<br>Oregon Department of Justice<br>1162 Court St, NE<br>Salem, OR 97301-4096 | (p)CITIBANK<br>PO BOX 790034<br>ST LOUIS MO 63179-0034 |
| Osthimer Family Trust U/A DTD 02/13/92<br>Charles Osthimer<br>44 Montgomery, 18th Fl<br>San Francisco, CA 94104-4705 | Paul Kampner Family Trust DTD 09-25-2011<br>Penelope J. Shaw, Trustee<br>840 N. Lake Shore Drive #202<br>Chicago, IL 60611-2498 | Quarles & Brady LLP<br>ATTN: Matthew J. Duchemin<br>PO Box 2113<br>Madison, WI 53701-2113 |

| | | |
|---|---|---|
| Raylon Corporation<br>Attn: Chris Raszkiewicz<br>345 Morgantown Road<br>Reading, PA 19611-2058 | Reed Foster<br>2414 Leimert Blvd<br>Oakland, CA 94602-2020 | Reliance Finishing Company<br>Attn: Michael Mosey<br>1236 Judd Avenue SW<br>Grand Rapids, MI 49509-1094 |
| Stanley Kampner<br>1270 Armsby Dr.<br>Hillsborough, CA 94010-6174 | Stanley Kampner<br>c/o Laura Walker, Esq.<br>Cable Huston et al<br>1001 SW 5th Ave Ste 2000<br>Portland, OR 97204-1136 | Stanley L. Kampner Trust, dated<br>Nov 7, 2001<br>c/o Stanley L. Kampner<br>1270 Armsby Dr.<br>Hillsborough, CA 94010-6174 |
| Staples<br>PO Box 790439<br>Saint Louis, MO 63179-0439 | TW Telecom<br>PO Box 172567<br>Denver, CO 80217-2567 | Thomas E. Babcock<br>KDB Resources Inc.<br>115 W. State St. #300<br>Media, PA 19063-3200 |
| Thomas H. Killion<br>KDB Resources Inc.<br>115 W. State St. #300<br>Media, PA 19063-3200 | Toby S. Wolf<br>119 Hewlett Neck Road<br>Woodmere, NY 11598-1402 | US Trustee, Portland<br>620 SW Main St #213<br>Portland, OR 97205-3026 |
| University Club<br>1225 SW Sixth Ave<br>Portland, OR 97204-1099 | ROBERT J VANDEN BOS<br>319 SW Washington #520<br>Portland, OR 97204-2620 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Capital One Bank N.A.<br>Bankruptcy Correspondence<br>PO Box 5155<br>Norcross, GA 30091 | IRS<br>By Eric Holder, Attorney General<br>10th Constitution NW #4400<br>Washington, DC 20530 | Office Depot<br>DEPT 56-6186578930<br>PO Box 689020<br>Des Moines, IA 50368-9020 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Eric Schroeder

End of Label Matrix
Mailable recipients    73
Bypassed recipients     1
Total                     74