Robert J Vanden Bos OSB #78100
VANDEN BOS & CHAPMAN, LLP
319 S.W. Washington, Suite 520
Portland, Oregon 97204
TELEPHONE: (503) 241-4869
FAX: (503) 241-3731

Of Attorneys for Debtor-in-Possession

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| In re | ) | Case No. 14-30772-tmb11 |
| | ) | |
| Invest n Retire, LLC, | ) | DEBTOR'S SUBMISSIONS PURSUANT TO |
| | ) | ORDER SETTING SCHEDULING AND CASE |
| | ) | MANAGEMENT CONFERENCE |
| | ) | |
| | ) | Hearing Date: March 13, 2014 |
| | ) | Hearing Time: 10 a.m. |
| Debtor-in-Possession. | ) | Hearing Location: Courtroom No. 4 |

Pursuant to the Order of this Court, Debtor Invest n Retire, LLC ("Debtor") hereby submits the following:

1. Debtor's cash flow projections, prepared on a monthly basis, from the Petition Date (February 18, 2014) to July 31, 2014. (Attached as **Exhibit A**.)

2. Debtor's historical financial information, attached as **Exhibit B** consisting of the following:

    a. Three years Income Statements; and

    b. Three years balance sheets (2011-2013).

3. A statement of expenses paid since the Petition Date through February 28, 2014 is attached as **Exhibit C**. All postpetition expenses have been paid on a current basis.

Page 1 of 2 - DEBTOR'S SUBMISSIONS PURSUANT TO ORDER SETTING SCHEDULING AND CASE MANAGEMENT CONFERENCE

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

Case 14-30772-tmb11    Doc 31    Filed 03/10/14

4. Attached as **Exhibit D** are monthly budgets for the anticipated fees and expenses for Debtor's bankruptcy counsel, Vanden Bos & Chapman, LLP ("VBC"), for the six months following the Petition Date.  The attached budget for VBC is an estimate only; the budget is not intended to establish either a minimum or maximum fee that might be charged by VBC.  VBC reserves the right to seek compensation in amounts above the attached budgets if the time expended exceeds the estimates.  No budgets are yet available for other professionals.  Debtor is contemplating employing one or more additional professionals, which could include:  (1) Transactions counsel to assist Debtor to document the intended sale/licensing of Debtor's patent and other intellectual product (Debtor believes the professional fees for transactions counsel will be in the range of $30,000 to $45,000, including potential work relating to a pending patent application); (2) valuation expert to perform a valuation of Debtor's patents and other IP (Debtor has received one estimate for performing the valuation within a range of $35,000 to $50,000); and (3) marketing firm (which could also be the valuation firm) to handle the marketing and sale of Debtor's patents and IP; and/or to develop other methods to best monetize and/or maximize the value of the patents and the IP for Debtor's estate and its equity holders.  The compensation of the marketing and sales team, if any, is undetermined at this time.

Respectfully submitted;

VANDEN BOS & CHAPMAN, LLP

By:/s/Robert J Vanden Bos
    Robert J Vanden Bos, OSB #78100
    Of Attorneys for Debtor-in-Possession

Page 2 of 2 -   DEBTOR'S SUBMISSIONS PURSUANT TO ORDER SETTING SCHEDULING AND CASE MANAGEMENT CONFERENCE

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

Case 14-30772-tmb11    Doc 31    Filed 03/10/14

# Exhibit A

Debtor's Cash Flow Projections from the Petition Date to July 31, 2014.

Invest n Retire, LLC
Cash Flow Summary
2/19/14 to 7/31/14

|  | Feb-14 | Mar-14 | Apr-14 | May-14 | Jun-14 | Jul-14 | Total |
|---|---|---|---|---|---|---|---|
| Beginning Cash/carryforward as of 2/19/14 | 191 |  |  |  |  |  |  |
| Capital Contribution (From PENSCO Trust Co Custodian FBO Ken Fish) | 100,000 | 0 | 0 | 0 | 0 | 0 | 100,000 |
| Capital Contribution (Ken Fish) | 0 | 0 | 0 | 10,000 | 0 | 0 | 10,000 |
| Contract Revenue (paid quarterly) | 0 | 0 | 44,256 | 0 | 0 | 44,256 | 88,513 |
| **Monthly Income Totals** | **100,000** | **0** | **44,256** | **10,000** | **0** | **44,256** | **198,513** |
| **Expenses:** |  |  |  |  |  |  |  |
| Office rent | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 36,000 |
| Employee Health Insurance | 1,906 | 1,906 | 1,906 | 1,906 | 1,906 | 1,906 | 11,438 |
| Utilities |  |  |  |  |  |  | 0 |
| TW Telecom - Ethernet Line |  | 410 | 410 | 410 | 410 | 410 | 2,049 |
| AT&T - Mobile telephone |  | 140 | 140 | 140 | 140 | 140 | 700 |
| Integra - Phone |  | 330 | 330 | 330 | 330 | 330 | 1,650 |
| Office Supplies | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| ADT - Alarm System |  | 50 | 50 | 50 | 50 | 50 | 250 |
| Property Insurance |  | 50 | 50 | 50 | 50 | 50 | 250 |
| IT Services | 700 | 700 | 700 | 700 | 700 | 700 | 4,200 |
| Payroll | 11,250 | 22,500 | 22,500 | 22,500 | 22,500 | 22,500 | 123,750 |
| ER Payroll Taxes | 471 | 942 | 942 | 942 | 942 | 942 | 5,181 |
| Payroll Services | 25 | 50 | 50 | 50 | 50 | 50 | 275 |
| Accesssline Phone |  | 65 | 65 | 65 | 65 | 65 | 325 |
| Steele Systems |  | 62 | 62 | 62 | 62 | 62 | 310 |
| CTO GOTOWebinar |  | 99 | 99 | 99 | 99 | 99 | 495 |
| US Trustee's Quarterly Fee | 0 | 0 | 325 | 0 | 0 | 325 | 650 |
| Misc. Expenses | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Subtotal INR Expenses** | **20,352** | **33,304** | **33,629** | **33,304** | **33,304** | **33,629** | **187,523** |
| **Difference** | 79,648 | -33,304 | 10,627 | -23,304 | -33,304 | 10,627 | 10,989 |
| **Running Balance Ending Cash** | 79,839 | 46,535 | 57,162 | 33,858 | 553 | 11,180 |  |

**Exhibit A - Page 1 of 1**

# Exhibit B

Ex B1 - 2011 Income Statement
Ex B2 - 2012 Income Statement
Ex B3 - 2013 Income Statement
Ex B4 - 2011 Year-End Balance Sheet
Ex B5 - 2012 Year-End Balance Sheet
Ex B6 - 2013 Year-End Balance Sheet

Invest n Retire, LLC
Income Statement
For the Twelve Months Ending December 31, 2011

|  | Current Month | Year to Date |
|---|---:|---:|
| **Revenues** | | |
| Recordkeeping Income | $ 0.00 | $ 115,010.27 |
| Total Revenues | 0.00 | 115,010.27 |
| **Cost of Sales** | | |
| Total Cost of Sales | 0.00 | 0.00 |
| Gross Profit | 0.00 | 115,010.27 |
| **Expenses** | | |
| Advertising and Marketing | 301.64 | 13,619.60 |
| Accounting Expense | 0.00 | 1,950.00 |
| Bank Charges | 46.00 | 545.00 |
| Software License Fee | 0.00 | 2,992.00 |
| Depreciation Expense | 8,797.00 | 8,797.00 |
| Amortization Intangible Asset | 381.00 | 381.00 |
| Employe Health Ben & Insurance | 1,737.49 | 21,594.76 |
| Employee Incentive | 0.00 | 210.00 |
| Business Insurance Property | 0.00 | 972.00 |
| Interest & Finance Charge | 877.99 | 10,320.38 |
| Interest Exp - Stan Harmon | 0.00 | 29,000.00 |
| Interest Stanley Kampner | 4,000.00 | 16,000.00 |
| IT Support Assured Technology | 0.00 | 3,714.00 |
| Legal Expense | 0.00 | 66,477.37 |
| Licenses and Permit Exp | 0.00 | 854.00 |
| Meals & Enter Exp | 5,340.74 | 34,505.91 |
| Professional Membership | 0.00 | 2,365.00 |
| Office Expense | 981.84 | 12,902.27 |
| Office Supplies | 0.00 | 1,376.69 |
| Other Tax | 0.00 | 525.00 |
| Payroll Accounting | 104.00 | 1,390.48 |
| Telephone & DSL | 477.85 | 5,536.00 |
| Travel & Lodging | 5,708.83 | 46,215.71 |
| City of Portland Business Lic | 0.00 | 200.00 |
| Oregon Partnership Tax | 0.00 | 150.00 |
| FUTA | 0.00 | 322.00 |
| OR Special Tax | 0.00 | 131.39 |
| Oregon SUI | 100.83 | 3,697.28 |
| Oregon TRIMET | 322.84 | 3,772.26 |
| OR ER WBF | 10.89 | 127.69 |
| Multnomah County Property Tax | 0.00 | 729.60 |
| Postage & Shipping | 1,073.97 | 8,451.66 |
| Rent Expense | 5,132.98 | 56,976.08 |
| Recruitment - Hiring | 0.00 | 750.00 |
| Research & Publications | 42.79 | 443.26 |
| ER SS | 1,162.50 | 27,146.49 |
| ER Medicare | 676.67 | 7,906.68 |

Income Stmnt
EXHIBIT B1
Page 1 of 2

Confidential

Page 3

Case 14-30772-tmb11    Doc 31    Filed 03/10/14

Invest n Retire, LLC
Income Statement
For the Twelve Months Ending December 31, 2011

|  | Current Month | Year to Date |
|---|---:|---:|
| ER 401k Match | 968.78 | 12,947.26 |
| Salary | 46,666.67 | 545,288.33 |
| Trading & Pricing | 0.00 | 1,208.25 |
| Web Hosting | 0.00 | 4,297.09 |
| Total Expenses | 84,913.30 | 956,789.49 |
| Net Income | ($ 84,913.30) | ($ 841,779.22) |

Income Stmnt
EXHIBIT B1
Page 2 of 2

Confidential

Page 4

Case 14-30772-tmb11    Doc 31    Filed 03/10/14

## Invest n Retire, LLC
## Income Statement
## For the Twelve Months Ending December 31, 2012

|  | Current Month | Year to Date |
|---|---:|---:|
| **Revenues** | | |
| Recordkeeping Income | $ 0.00 | $ 123,094.11 |
| Total Revenues | 0.00 | 123,094.11 |
| **Cost of Sales** | | |
| Total Cost of Sales | 0.00 | 0.00 |
| Gross Profit | 0.00 | 123,094.11 |
| **Expenses** | | |
| Advertising and Marketing | 181.19 | 4,544.66 |
| Accounting Expense | 75.00 | 1,358.76 |
| Bank Charges | 57.00 | 1,260.87 |
| Software License Fee | 0.00 | 2,299.00 |
| Depreciation Expense | 4,216.00 | 4,216.00 |
| Amortization Exp | 2,285.00 | 2,285.00 |
| Employe Health Ben & Insurance | 1,285.21 | 15,286.70 |
| Employee Incentive | 0.00 | 310.74 |
| Business Insurance Property | 100.00 | 160.00 |
| Interest & Finance Charge | 964.42 | 10,110.88 |
| Interest Stanley Kampner | 0.00 | 12,000.00 |
| IT Support Assured Technology | 0.00 | 4,178.00 |
| Legal Expense | 0.00 | 9,099.49 |
| Licenses and Permit Exp | 0.00 | 99.00 |
| Meals & Enter Exp | 4,328.52 | 24,329.22 |
| Professional Membership | 0.00 | 2,857.00 |
| Office Expense | 204.73 | 7,644.93 |
| Office Supplies | 47.69 | 1,365.03 |
| Other Tax | 0.00 | 868.50 |
| Payroll Accounting | 8.15 | 880.58 |
| Telephone & DSL | 323.19 | 5,772.16 |
| Travel & Lodging | 6,077.75 | 20,607.07 |
| City of Portland # 679030 | 0.00 | 200.00 |
| Oregon Business ID # 1216331-1 | 0.00 | 150.00 |
| FUTA | 0.00 | 210.00 |
| Oregon SUI | 0.00 | 3,259.52 |
| Oregon TRIMET | 14.61 | 2,179.88 |
| OR ER WBF | 29.13 | 100.62 |
| Postage & Shipping | 129.47 | 1,691.13 |
| Rent Expense | 10,753.00 | 63,981.05 |
| Research & Publications | 13.29 | 91.82 |
| ER SS | 85.98 | 18,808.03 |
| ER Medicare | 30.16 | 4,503.92 |
| ER 401k Match | 24.27 | 6,869.25 |
| Salary | 2,263.19 | 310,615.21 |
| Web Hosting | 412.20 | 4,307.09 |
| Gain/Loss on Sale of Assets | (2.00) | (2.00) |
| Total Expenses | 33,907.15 | 548,499.11 |
| Net Income | ($ 33,907.15) | ($ 425,405.00) |

Invest n Retire, LLC
Income Statement
For the Twelve Months Ending December 31, 2013

|  | Current Month | Year to Date |
|---|---:|---:|
| **Revenues** | | |
| Recordkeeping Income | $ 0.00 | $ 176,107.78 |
| Total Revenues | 0.00 | 176,107.78 |
| **Cost of Sales** | | |
| Total Cost of Sales | 0.00 | 0.00 |
| Gross Profit | 0.00 | 176,107.78 |
| **Expenses** | | |
| Advertising and Marketing | 183.71 | 2,549.82 |
| Accounting Expense | 0.00 | 1,132.25 |
| Bank Charges | 66.00 | 743.71 |
| Charitable Donation | 0.00 | 20.00 |
| Depreciation Expense | 1,991.00 | 1,991.00 |
| Amortization Exp | 2,285.00 | 2,285.00 |
| Employe Health Ben & Insurance | 1,877.20 | 19,165.65 |
| Business Insurance Property | 0.00 | 612.00 |
| Consulting | 0.00 | 5,250.00 |
| Interest & Finance Charge | 954.31 | 10,277.37 |
| Interest Abrahamson | 0.00 | 53,000.00 |
| Interest Schroeder | 0.00 | 15,000.00 |
| IT Support Assured Technology | 0.00 | 3,548.00 |
| Legal Expense | 3,000.00 | 5,865.44 |
| Legal Exp Patent Cox & Smith | 0.00 | 31,500.00 |
| Legal Exp Miller Nash | 100.00 | 2,871.25 |
| Licenses and Permit Exp | 1,165.00 | 1,564.00 |
| Meals & Enter Exp | 1,343.60 | 20,144.10 |
| Professional Membership | 0.00 | 2,568.00 |
| Office Expense | 654.95 | 6,433.46 |
| Office Supplies | 179.50 | 1,458.74 |
| Other Tax | 0.00 | 675.00 |
| Payroll Accounting | 8.40 | 504.06 |
| Telephone & DSL | 533.39 | 6,204.92 |
| Travel & Lodging | 738.25 | 10,887.71 |
| City of Portland # 679030 | 0.00 | 200.00 |
| FUTA | 0.00 | 116.24 |
| Oregon SUI | 0.00 | 957.18 |
| Oregon TRIMET | 0.00 | 310.53 |
| OR ER WBF | 0.00 | 14.55 |
| Multnomah County Property Tax | 0.00 | 252.50 |
| Postage & Shipping | 98.01 | 735.32 |
| Rent Expense | 0.00 | 46,636.11 |
| Research & Publications | 22.47 | 108.57 |
| ER SS | 0.00 | 2,697.52 |
| ER Medicare | 0.00 | 630.88 |
| ER 401k Match | 0.00 | 794.78 |
| Salary | 0.00 | 42,870.51 |
| Web Hosting | 0.00 | 7,861.17 |
| Total Expenses | 15,200.79 | 310,437.34 |
| Net Income | ($ 15,200.79) | ($ 134,329.56) |

Invest n Retire, LLC
Balance Sheet
December 31, 2011

## ASSETS

| | | |
|---|---:|---:|
| **Current Assets** | | |
| IronStone Bank | $ 1,389.60 | |
| **Total Current Assets** | | 1,389.60 |
| | | |
| **Property and Equipment** | | |
| Furniture Equip Dev Costs | 288,439.90 | |
| Accum Deprec- Fur, Equip & Dev | (191,947.11) | |
| **Total Property and Equipment** | | 96,492.79 |
| | | |
| **Other Assets** | | |
| Intangible Asset | 33,895.90 | |
| PrePaid Rent | 5,981.44 | |
| Rounding Adj. | 1.00 | |
| Note Receivable | 619,766.16 | |
| **Total Other Assets** | | 659,644.50 |
| | | |
| **Total Assets** | | $ 757,526.89 |

## LIABILITIES AND CAPITAL

| | | |
|---|---:|---:|
| **Current Liabilities** | | |
| Accounts Payable | $ 1,943.04 | |
| Advanta | 21,489.61 | |
| AMEX | 19,602.30 | |
| Business Capital | 4,267.28 | |
| Capital One | 7,239.28 | |
| Office Depot | 6,129.92 | |
| Staples | 2,593.09 | |
| **Total Current Liabilities** | | 63,264.52 |
| | | |
| **Long-Term Liabilities** | | |
| Loan Mary Abbott | 30,000.00 | |
| Loan Abrahamson | 516,931.93 | |
| Loan Kenneth Fish | 200,000.00 | |
| Loan Alfred Berkeley | 305,000.00 | |
| Loan LOTSolutions | 50,000.00 | |
| Loan Joe Childrey | 25,000.00 | |
| Loan Stanley Kampner | 100,000.00 | |
| Loan Reed Foster | 100,000.00 | |
| Loan John Herzog | 675,000.00 | |
| Loan Stan Harmon | 944,746.81 | |
| **Total Long-Term Liabilities** | | 2,946,678.74 |
| | | |
| **Total Liabilities** | | 3,009,943.26 |

Invest n Retire, LLC
Balance Sheet
December 31, 2011

| | | |
|---|---:|---:|
| Capital | | |
| Book Tax Ajustment | (0.37) | |
| Retained Earnings | 841,779.22 | |
| Abrahamson Living TR | (3,218,082.00) | |
| Harmon Family Rev Living TR | (850,278.00) | |
| John Herzog | 154,885.00 | |
| McQuown Enterprises LP | (2,168.00) | |
| Osthimer Family Trust | (75,333.00) | |
| Charles Horn | (22,653.00) | |
| Toby Wolf | (47,149.00) | |
| Bette Harmon | (37,584.00) | |
| Daniel Kluza | (46,198.00) | |
| Paul Kampner Declaration Trust | 86,809.00 | |
| Stanley Kampner Trust Nov 2001 | 597,318.00 | |
| NTC & Co. FBO Jeffrey M Hugo | 244,303.00 | |
| NTC & Co. FBO Benjamin Eisler | 84,436.00 | |
| NTC & Co. FBO Robert Flood | 85,733.00 | |
| Kalyanaraman Ganesan | 18,053.00 | |
| Thomas E. Babcock | 34,604.00 | |
| Michael B. Glackin | 25,450.00 | |
| Thomas H. Killion | 28,165.00 | |
| Jeffrey M. Hugo | 16,774.00 | |
| Eric R. Schroeder | 315,803.00 | |
| Alfred Berkeley | 354,696.00 | |
| Net Income | (841,779.22) | |
| Total Capital | | (2,252,416.37) |
| Total Liabilities & Capital | | $ 757,526.89 |

Balance Sheet
EXHIBIT B4
Page 2 of 2

Confidential

Page 2

Case 14-30772-tmb11    Doc 31    Filed 03/10/14

## Invest n Retire, LLC
## Balance Sheet
## December 31, 2012

### ASSETS

| | | |
|---|---:|---:|
| **Current Assets** | | |
| First Citizens Bank | $ 105.73 | |
| PrePaid Rent | 5,982.00 | |
| Total Current Assets | | 6,087.73 |
| | | |
| **Property and Equipment** | | |
| Furniture Equip Dev Costs | 252,193.98 | |
| Accum Deprec- Fur, Equip & Dev | (213,826.00) | |
| Total Property and Equipment | | 38,367.98 |
| | | |
| **Other Assets** | | |
| Intangible Asset | 34,277.00 | |
| Accumulated Amortization | (2,666.00) | |
| Total Other Assets | | 31,611.00 |
| | | |
| **Total Assets** | | $ 76,066.71 |

### LIABILITIES AND CAPITAL

| | | |
|---|---:|---:|
| **Current Liabilities** | | |
| Advanta | $ 19,688.20 | |
| Amex | 1,322.30 | |
| Business Capital | 4,405.83 | |
| Capital One | 7,939.86 | |
| Office Depot | 5,126.48 | |
| Staples | 4,238.95 | |
| Total Current Liabilities | | 42,721.62 |
| | | |
| **Long-Term Liabilities** | | |
| Loan Abrahamson | 625,359.97 | |
| Loan Eric Schroeder | 183,636.47 | |
| Loan Kenneth Fish | 35,000.00 | |
| Loan John Herzog | 800,000.00 | |
| Loan Alfred Berkeley | 495,000.00 | |
| Loan LOTSolutions | 50,000.00 | |
| Loan Stan Harmon | 944,746.81 | |
| Loan InR Advisory Services | 3,000.00 | |
| Loan Charles Osthimer | 8,500.00 | |
| Loan Joe Childrey | 25,000.00 | |

## Invest n Retire, LLC
## Balance Sheet
## December 31, 2012

| | | |
|---|---:|---:|
| Loan Stanley Kampner | 100,000.00 | |
| Loan Reed Foster | 100,000.00 | |
| | | |
| Total Long-Term Liabilities | | 3,370,243.25 |
| | | |
| Total Liabilities | | 3,412,964.87 |
| | | |
| Capital | | |
| Retained Earnings | 425,405.00 | |
| Abrahamson Living TR | (3,950,107.16) | |
| Harmon Family Rev Living TR | (908,389.00) | |
| John Herzog | 122,511.00 | |
| McQuown Enterprises LP | (6,039.00) | |
| Osthimer Family Trust | (82,607.00) | |
| Charles Horn | (24,099.00) | |
| Toby Wolf | (50,084.00) | |
| Bette Harmon | (46,220.00) | |
| Daniel Kluza | (49,133.00) | |
| Paul Kampner Family Trust | 80,045.00 | |
| Stanley Kampner Trust Nov 2001 | 545,376.00 | |
| NTC & Co. FBO Jeffrey M Hugo | 226,308.00 | |
| NTC & Co. FBO Benjamin Eisler | 82,649.00 | |
| NTC & Co. FBO Robert Flood | 83,904.00 | |
| Kalyanaraman Ganesan | 12,820.00 | |
| Thomas E. Babcock | 30,052.00 | |
| Michael B. Glackin | 21,324.00 | |
| Thomas H. Killion | 23,358.00 | |
| Jeffrey M. Hugo | 13,158.00 | |
| Alfred Berkeley | 343,933.00 | |
| NTC & Co. FBO Kenneth L. Fish | 194,342.00 | |
| Net Income | (425,405.00) | |
| | | |
| Total Capital | | (3,336,898.16) |
| | | |
| Total Liabilities & Capital | | $ 76,066.71 |

## Invest n Retire, LLC
Balance Sheet
December 31, 2013

### ASSETS

| | | | |
|---|---|---|---|
| **Current Assets** | | | |
| First Citizens Bank | $ | 24.48 | |
| PrePaid Rent | | 5,982.00 | |
| Total Current Assets | | | 6,006.48 |
| | | | |
| **Property and Equipment** | | | |
| Furniture Equip Dev Costs | | 252,193.98 | |
| Accum Deprec- Fur, Equip & Dev | | (215,817.00) | |
| Total Property and Equipment | | | 36,376.98 |
| | | | |
| **Other Assets** | | | |
| Intangible Asset | | 34,277.00 | |
| Accumulated Amortization | | (4,951.00) | |
| Total Other Assets | | | 29,326.00 |
| | | | |
| **Total Assets** | | $ | 71,709.46 |

### LIABILITIES AND CAPITAL

| | | | |
|---|---|---|---|
| **Current Liabilities** | | | |
| Advanta | $ | 18,093.58 | |
| Business Capital | | 4,315.10 | |
| Capital One | | 7,666.44 | |
| Office Depot | | 4,245.04 | |
| Staples | | 4,751.99 | |
| Total Current Liabilities | | | 39,072.15 |
| | | | |
| **Long-Term Liabilities** | | | |
| Loan Abrahamson | | 538,981.75 | |
| Loan Eric Schroeder | | 183,636.47 | |
| Loan Kenneth Fish | | 20,000.00 | |
| Loan John Herzog | | 800,000.00 | |
| Loan Alfred Berkeley | | 495,000.00 | |
| Loan LOTSolutions | | 50,000.00 | |
| Loan Stan and Bette Harmon | | 944,746.81 | |
| Loan InR Advisory Services | | 3,000.00 | |
| Loan Joe Childrey | | 25,000.00 | |
| Loan Stanley Kampner | | 100,000.00 | |
| Loan Reed Foster | | 100,000.00 | |
| Total Long-Term Liabilities | | | 3,260,365.03 |
| | | | |
| Total Liabilities | | | 3,299,437.18 |

Balance Sheet End Dec 2013     **Confidential**     Page 1

**EXHIBIT B6**
**Page 1 of 2**

Case 14-30772-tmb11    Doc 31    Filed 03/10/14

## Invest n Retire, LLC
Balance Sheet
December 31, 2013

| | | |
|---|---:|---:|
| Capital | | |
| Retained Earnings | 134,330.00 | |
| Abrahamson Living TR | (4,008,887.16) | |
| Harmon Survivor TR UTD 8-1-78 | (926,485.00) | |
| John Herzog | 112,428.00 | |
| McQuown Enterprises LP | (7,247.00) | |
| Osthimer Family Trust | (76,438.00) | |
| Charles Horn | (24,548.00) | |
| Toby Wolf | (51,000.00) | |
| Bette Harmon | (48,909.00) | |
| Daniel Kluza | (50,049.00) | |
| Paul Kampner Family TR 9-25-11 | 77,940.00 | |
| Stanley Kampner Trust Nov 2001 | 529,198.00 | |
| NTC & Co. FBO Jeffrey M Hugo | 220,705.00 | |
| NTC & Co. FBO Benjamin Eisler | 82,089.00 | |
| NTC & Co. FBO Robert Flood | 83,334.00 | |
| Kalyanaraman Ganesan | 11,191.00 | |
| Thomas E. Babcock | 28,634.00 | |
| Michael B. Glackin | 20,040.00 | |
| Thomas H. Killion | 21,863.00 | |
| Jeffrey M. Hugo | 12,032.00 | |
| Alfred Berkeley | 340,581.00 | |
| NTC & Co. FBO Kenneth L. Fish | 192,579.00 | |
| Joseph Cajigal | 99,244.00 | |
| Boyd Fish | 99,242.00 | |
| KX2 Pacific Assets LLC | 34,735.00 | |
| Net Income | (134,329.56) | |
| Total Capital | | (3,227,727.72) |
| Total Liabilities & Capital | | $ 71,709.46 |

In re Invest n Retire, LLC;
Chapter 11 Bankruptcy Case No. 14-30772-tmb11

# Exhibit C

Statement of Expenses Paid through February 28, 2014 Since the Petition Date.

## Invest n Retire, LLC
## Income Statement
### For the Period February 18 2014 to February 28, 2014

|  | Current Month Paid | Unpaid Expense |
|---|---:|---:|
| **Revenues** | | |
| Recordkeeping Income | $ 0.00 | |
| Total Revenues | 0.00 | |
| **Cost of Sales** | | |
| Total Cost of Sales | 0.00 | |
| Gross Profit | 0.00 | |
| **Expenses** | | |
| Rent | 6,000.00 | |
| Salary | 8,626.34 | |
| Employee Tax | | 2,623.66 |
| Oregon SUI | | 202.50 |
| Oregon TRIMET | | 81.42 |
| OR ER WBF | | 2.86 |
| FUTA | | 67.50 |
| ER SS | | 697.50 |
| ER Medicare | | 163.12 |
| Total Expenses | 14,626.34 | 3,838.56 |
| Net Income | ($ 14,626.34) | (3,838.56) |

> Note: INR changed bank accounts under the Bankruptcy rules. It takes Ceridian 10 business days turn-around to change bank accounts for payroll processing. Ceridian provided me with instructions to process payment to INR's employees which skipped direct deposit for the Feb 20 payroll. I processed the tax impound for employee and employer tax with Ceridian on Feb 28 which takes Ceridian a couple of days to process.

# Exhibit D

Monthly Budgets for the Anticipated Expenses for Debtor's
Bankruptcy Counsel, Vanden Bos & Chapman, LLP

INVEST n RETIRE, LLC
Estimated Professional Fees
02/18/14 - 08/31/14

| Professional | February-14 | March-14 | April-14 | May-14 | June-14 | July-14 | August-14 |
|---|---|---|---|---|---|---|---|
| Robert J Vanden Bos Vanden Bos & Chapman, LLP* | $12,000.00 | $12,000.00 | $12,000.00 | $7,500.00 | $7,500.00 | $7,500.00 | $7,500.00 |
| | *Actual amounts may be larger if creditors file motions adverse to Debtor and/or Debtor's reorganization. | | | | | | |

In re Invest n Retire, LLC;
Chapter 11 Bankruptcy Case No. 14-30772-tmb11

CERTIFICATE - TRUE COPY

DATE: March 10, 2014

DOCUMENT: DEBTOR'S SUBMISSIONS PURSUANT TO ORDER SETTING SCHEDULING AND CASE MANAGEMENT CONFERENCE

I hereby certify that I prepared the foregoing copy of the foregoing named document and have carefully compared the same with the original thereof and it is a correct copy therefrom and of the whole thereof.

CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the foregoing on:

Invest n Retire, LLC
Attn: Darwin K. Abrahamson, Manager
506 SW 6th Ave., Ste. 1200
Portland, OR 97204

by mailing a copy of the above-named document to each of them in a sealed envelope, addressed to each of them at his or her last known address. Said envelopes were deposited in the Post Office at Portland, Oregon, on the below date, postage prepaid.

I hereby certify that the foregoing was served on all CM/ECF participants through the Court's Case Management/Electronic Case File system on the date set forth below.

Dated: March 10, 2014

VANDEN BOS & CHAPMAN, LLP


By:/s/Robert J Vanden Bos
    Robert J Vanden Bos, OSB #78100
    Of Attorneys for Debtor-in-Possession