Robert J Vanden Bos OSB #78100
VANDEN BOS & CHAPMAN, LLP
319 S.W. Washington, Suite 520
Portland, Oregon  97204
TELEPHONE:  (503) 241-4869
FAX: (503) 241-3731

Of Attorneys for Debtor-in-Possession

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| In re | ) | Case No. 14-30772-tmb11 |
|---|---|---|
|  | ) |  |
| Invest n Retire, LLC, | ) | AMENDED CASH FLOW SUMMARY |
|  | ) | FOR CASE MANAGEMENT SUBMISSION |
| Debtor-in-Possession. | ) |  |

Debtor hereby submits the attached "Amended Cash Flow Summary" to replace

**Exhibit A** to the Case Management Submission (Dkt. No. 31) previously filed by Debtor on

March 10, 2014.  Prior **Exhibit A** is to be treated as superseded.

Respectfully submitted;

VANDEN BOS & CHAPMAN, LLP


By:/s/Robert J Vanden Bos
    Robert J Vanden Bos, OSB #78100
    Of Attorneys for Debtor-in-Possession

Page 1 of 1 -   AMENDED CASH FLOW SUMMARY FOR CASE MANAGEMENT SUBMISSION

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

Case 14-30772-tmb11    Doc 32    Filed 03/10/14

**Invest n Retire, LLC**
**Amended Cash Flow Summary**
**2/19/14 to 7/31/14**

|  | Feb-14 | Mar-14 | Apr-14 | May-14 | Jun-14 | Jul-14 | Total |
|---|---|---|---|---|---|---|---|
| Beginning Cash/carryforward as of 2/19/14 | 191 | | | | | | |
| Capital Contribution (From PENSCO Trust Co Custodian FBO Ken Fish) | 100,000 | 0 | 0 | 0 | 0 | 0 | 100,000 |
| Capital Contribution (Ken Fish) | 0 | 0 | 0 | 10,000 | 0 | 0 | 10,000 |
| Contract Revenue (paid quarterly) | 0 | 0 | 44,256 | 0 | 0 | 44,256 | 88,513 |
| **Monthly Income Totals** | **100,000** | **0** | **44,256** | **10,000** | **0** | **44,256** | **198,513** |
| **Expenses:** | | | | | | | |
| Office rent | 6,000 | 5,753 | 5,753 | 5,753 | 5,753 | 5,753 | 34,765 |
| Employee Health Insurance | | 1,906 | 1,906 | 1,906 | 1,906 | 1,906 | 9,532 |
| Utilities | | | | | | | 0 |
|     TW Telecom - Ethernet Line | | 410 | 410 | 410 | 410 | 410 | 2,049 |
|     AT&T - Mobile telephone | | 140 | 140 | 140 | 140 | 140 | 700 |
|     Integra - Phone | | 330 | 330 | 330 | 330 | 330 | 1,650 |
| Office Supplies | 0 | 0 | 100 | 0 | 0 | 0 | 100 |
| ADT - Alarm System | | | 116 | | | 116 | 232 |
| Property Insurance | | 50 | 50 | 50 | | | 150 |
| IT Services | | 700 | 700 | 700 | 700 | 700 | 3,500 |
| Payroll | 11,250 | 22,500 | 22,500 | 22,500 | 22,500 | 22,500 | 123,750 |
| ER Payroll Taxes | 1,147 | 2,295 | 2,295 | 2,295 | 2,295 | 2,295 | 12,622 |
| Payroll Services | | 100 | 75 | 75 | 75 | 75 | 400 |
| Accesssline Phone | | 65 | 65 | 65 | 65 | 65 | 325 |
| Steele Systems | | 62 | 62 | 62 | 62 | 62 | 310 |
| CTO GOTOWebinar | | 99 | 99 | 99 | 99 | 99 | 495 |
| US Trustee's Quarterly Fee | 0 | 0 | 325 | 0 | 0 | 325 | 650 |
| Misc. Expenses | 0 | 0 | 100 | 0 | 0 | 0 | 100 |
| **Subtotal INR Expenses** | **18,397** | **34,410** | **35,026** | **34,385** | **34,335** | **34,776** | **191,330** |
| **Difference** | 81,603 | -34,410 | 9,230 | -24,385 | -34,335 | 9,480 | 7,183 |
| **Running Balance Ending Cash** | 81,794 | 47,384 | 56,615 | 32,229 | -2,106 | 7,374 | |

**Exhibit A - Page 1 of 1**

In re Invest n Retire, LLC;
Chapter 11 Bankruptcy Case No. 14-30772-tmb11

CERTIFICATE - TRUE COPY

DATE: March 10, 2014

DOCUMENT: AMENDED CASH FLOW SUMMARY FOR CASE MANAGEMENT SUBMISSION

    I hereby certify that I prepared the foregoing copy of the foregoing named document and have carefully compared the same with the original thereof and it is a correct copy therefrom and of the whole thereof.

CERTIFICATE OF SERVICE

    I hereby certify that I served a copy of the foregoing on:

Invest n Retire, LLC
Attn: Darwin K. Abrahamson, Manager
506 SW 6th Ave., Ste. 1200
Portland, OR 97204

by mailing a copy of the above-named document to each of them in a sealed envelope, addressed to each of them at his or her last known address. Said envelopes were deposited in the Post Office at Portland, Oregon, on the below date, postage prepaid.

    I hereby certify that the foregoing was served on all CM/ECF participants through the Court's Case Management/Electronic Case File system on the date set forth below.

    Dated: March 10, 2014

                          VANDEN BOS & CHAPMAN, LLP

                          By:/s/Robert J Vanden Bos
                              Robert J Vanden Bos, OSB #78100
                              Of Attorneys for Debtor-in-Possession