DISTRICT OF OREGON
**F I L E D**
June 03, 2014
Clerk, U.S. Bankruptcy Court

Below is an Order of the Court.

_____
TRISH M. BROWN
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| In re | ) | Case No. 14-30772-tmb11 |
| | ) | |
| Invest n Retire, LLC, | ) | ORDER GRANTING DEBTOR'S MOTION TO |
| | ) | EXTEND THE EXCLUSIVITY PERIODS |
| | ) | PURSUANT TO 11 U.S.C. § 1121(d) AND TO |
| | ) | EXTEND DEADLINE TO FILE DISCLOSURE |
| | ) | STATEMENT AND PLAN OF |
| Debtor-in-Possession. | ) | REORGANIZATION |

Based on the Motion to Extend the Exclusivity Periods Pursuant to 11 U.S.C. § 1121(d) and to Extend Deadline to File Disclosure Statement and Plan of Reorganization filed by Debtor-in-Possession Invest n Retire ("Debtor") (Docket No. 54) and the Court being otherwise fully advised, it is

ORDERED that Debtor's Motion is granted as follows:

1. The deadline for the Debtor to file a Disclosure Statement and a Plan of Reorganization is July 31, 2014; and

2. The exclusivity period contained in 11 U.S.C. 1121(b) is extended to July 31, 2014; and

Page 1 of 2 - ORDER GRANTING DEBTOR'S MOTION TO EXTEND THE EXCLUSIVITY PERIODS PURSUANT TO 11 U.S.C. § 1121(d) AND TO EXTEND DEADLINE TO FILE DISCLOSURE STATEMENT AND PLAN OF REORGANIZATION

3. The exclusivity period contained in 11 U.S.C. 1121(c) is extended to September 29, 2014.

###

PRESENTED BY:

/s/Robert J Vanden Bos
Robert J Vanden Bos OSB #78100
VANDEN BOS & CHAPMAN, LLP
319 S.W. Washington, Suite 520
Portland, Oregon 97204
Telephone: (503) 241-4869
Fax: (503) 241-3731

    Of Attorneys for Debtor-in-Possession

**First Class Mail:**

Invest n Retire, LLC
Attn: Darwin K. Abrahamson, Manager
506 SW 6th Ave., Ste. 1200
Portland, OR 97204

Lucian B. Murley, Esquire
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899

**Electronic Mail:**

The foregoing was served on all CM/ECF participants through the Court's Case Management/Electronic Case File system.

Page 2 of 2 - ORDER GRANTING DEBTOR'S MOTION TO EXTEND THE EXCLUSIVITY PERIODS PURSUANT TO 11 U.S.C. § 1121(d) AND TO EXTEND DEADLINE TO FILE DISCLOSURE STATEMENT AND PLAN OF REORGANIZATION

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869